unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

FREDA BLUTH, by Her Guardian ad Litem, WILLIAM BLUTH, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

WILLIAM BLUTH, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

NICHOLAS BOUZANES, an Infant, by GEORGE DROES, His Guardian ad Litem, Respondent, v. WILLIAM P. LEWNES, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

WALTER BROOKS, Appellant, v. NASSAU ELECTRIC RAILROAD COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

LARS DAHL, Respondent, v. ROBINS DRY DOCK AND REPAIR COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ALEXANDER ERIKSEN, Appellant, v. SHEPARD & MORSE LUMBER COMPANY, Respondent. (Actions Nos. 1 and 2.) — Judgments and order unanimously affirmed, with one bill of costs to the respondent. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

JAMES W. GRAY, an Infant, by CHARLES GRAY, His Guardian ad Litem, Respondent, v. FRANK ALOISE, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

THOMAS GRZESIK, as Administrator, etc., of EDWARD GRZESIK, Deceased, Respondent, v. HERMAN HEILBRUNN, Appellant, Impleaded with HUGH J. BLESSON.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.